CLOSED

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:20-mj-70774-MAG-1
### Internal Use Only

Case title: USA v. Baugh

Date Filed: 06/15/2020
Date Terminated: 06/16/2020

Assigned to: Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **James Baugh**<br>*TERMINATED: 06/16/2020* | represented by **Varell Laphalle Fuller**<br>Federal Public Defender<br>Northern District of California<br>55 South Market Street<br>Suite 820<br>San Jose, CA 95113<br>(408) 291-7753<br>Email: Varell_Fuller@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:371 Conspiracy to commit cyberstalking in violation of 18:2261(a) | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **John Curtis Bostic**<br>United States Attorney's Office<br>150 Almaden Boulevard<br>Suite 900<br>San Jose, CA 95113<br>408-535-5061<br>Email: john.bostic@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2020 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to James Baugh (1). (lskS, COURT STAFF) (Filed on 6/15/2020) (Additional attachment(s) added on 6/17/2020: # 1 complaint attachment) (lskS, COURT STAFF). (Additional attachment(s) added on 6/17/2020: # 2 affidavit) (lskS, COURT STAFF). (Entered: 06/17/2020) |
| 06/16/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Initial Appearance as to James Baugh held on 6/16/2020, Added attorney Varell Laphalle Fuller for James Baugh. Deft waives personal appearance; consents to video appearance.Court Reporter: Jo Ann Bryce. (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020) |
| 06/16/2020 | 3 | **ORDER as to James Baugh for release from federal custody. Signed by Magistrate Judge Laurel Beeler on 6/16/2020. (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020)** |
| 06/16/2020 | 4 | WAIVER of Rule 5 Hearings by James Baugh (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020) |
| 06/16/2020 | 5 | **COMMITMENT TO ANOTHER DISTRICT as to James Baugh. Defendant committed to District of Massachussets. Signed by Magistrate Judge Laurel Beeler on 6/16/2020. (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020)** |
| 06/16/2020 | 🔒 6 | **ORDER Setting Conditions of Release Bond Entered as to James Baugh. Signed by Magistrate Judge Laurel Beeler on 06/16/2020. (ejkS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020)** |
| 06/16/2020 | 🔒 | (Court only) ***Case Terminated as to James Baugh (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/18/2020) |