AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>JAMES BAUGH and<br>DAVID HARVILLE<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 20-MJ-2398 (MBB)<br><br>3-20-mj-70774 MAG |

FILED
Jun 15 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Aug. 1, 2019 to Sept. 6, 2019 in the county of Middlesex in the
District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit cyberstalking in violation of 18 U.S.C. §2261A |
| 18 U.S.C. § 371 | Conspiracy to commit witness tampering in violation of 18 U.S.C. §1512(b)(3) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT MARK WILSON

☑ Continued on the attached sheet.

*Complainant's signature*

FBI SPECIAL AGENT MARK WILSON
*Printed name and title*

Sworn to me telephonically.

Date: June 11, 2020

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state: BROOKLINE, MASSACHUSETTS