**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II   **Investigating Agency** FBI

**City** Natick   **Related Case Information:** 3-20-mj-70774 MAG

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____   New Defendant X
Magistrate Judge Case Number 20-MJ-2398
Search Warrant Case Number 19-MJ-2438 to 2441
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: James Baugh   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) San Jose, California

Birth date (Yr only): 1974  SSN (last4#): 3402  Sex: M  Race: Caucasian  Nationality: _____

**Defense Counsel if known:** William Fick, Esq.   Address: 24 Federal Street, 4th Floor

**Bar Number** _____   Boston, Massachusetts 02110

**U.S. Attorney Information:**

**AUSA** Seth B. Kosto, David J. D'Addio   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/11/2020   Signature of AUSA: _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     James Baugh

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to commit cyberstalking in violation of 18 USC 2261A | 1 |
| Set 2 | 18 USC 371 | Conspiracy to commit witness tampering in violation of 18 USC 1512(b)(3) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____