IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No. 20-mj-02398-MBB |

## ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, Jim Baugh, with the assent of the government, respectfully requests that his conditions of release be modified to permit him to travel from his current place of residence, in Little Rock, Arkansas, with advance notice and approval of the planned travel itinerary by U.S. Probation, to the following locations:

- to California, in order to meet with counsel and attend proceedings relating to his divorce, now pending in California state court;

- to Washington state, in order to permit visitation with his young children, who have relocated to the Seattle area with their mother.

Respectfully submitted,

JIM BAUGH
by his attorney,

    */s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## **Certificate of Service**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 10, 2020.

                                          */s/ William Fick*